1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| VERNON L. STRINGHAM,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH S. APFEL, Acting Commissioner<br>of Social Security,<br><br>                    Defendant. | Case No. C04-5443RJB<br><br>ORDER OVERRULING<br>PLAINTIFF'S<br>OBJECTIONS,<br>ADOPTING REPORT<br>AND<br>RECOMMENDATION OF<br>THE MAGISTRATE<br>JUDGE, AND<br>AFFIRMING FINAL<br>DECISION OF THE<br>COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION |

19

20

21

        This matter comes before the court on review of the Report and Recommendation of the magistrate judge.  Dkt. 17. The court has considered the Report and Recommendation, plaintiff's objections to the Report and Recommendation, and the remainder of the file herein.

22

23

24

25

26

27

28

        On August 25, 2005, U.S. Magistrate Judge J. Kelley Arnold issued a Report and Recommendation, recommending that the court affirm the Social Security Administration's final decision denying plaintiff's application for SSI disability benefits.  Dkt. 17.  In this action for judicial review, plaintiff contends that the ALJ failed to properly evaluate or consider his impairments in accordance with §1.04 of the Listings; the ALJ failed to properly evaluate plaintiff's testimony and credibility; the ALJ did not properly evaluate his residual functional capacity; and the ALJ failed to meet her burden of showing that plaintiff was capable of performing other work in the national economy at step-five.

ORDER
Page - 1

Plaintiff raises the following objections to the Report and Recommendation: (1) the ALJ's assessment of plaintiff's credibility was not supported by substantial evidence; (2) the assessment of plaintiff's claim under the listing of impairments was in error; (3) the assessment of plaintiff's residual functional capacity was in error; and (4) the commissioner did not meet her burden to show that plaintiff could perform other work in the national economy.  Dkt. 18.

The court has reviewed the Report and Recommendation and the remainder of the record.  The ALJ gave clear and convincing reasons to discredit plaintiff's testimony: plaintiff's subjective complaints were contradicted by evidence that his left shoulder pain prior to surgery was mild; that he was physically active in mowing his lawn, making flower pots, doing yard work, cooking and doing laundry; and that Dr. Traynor, M.D., who treated plaintiff in June 1994, found a generally normal neurology with the exception of hyperreflexia consistent with mild cord compression, and noted that his symptoms were much more dramatic than his signs suggested.  The court concurs with the analysis in the Report and Recommendation as to plaintiff's other objections:  the ALJ relied on substantial evidence to conclude that plaintiff did not meet § 104 of the listings; the ALJ properly evaluated plaintiff's residual functional capacity; and substantial evidence supports the ALJ's finding that plaintiff could perform other work in the national economy.

The decision of the Commissioner of the Social Security Administration should be affirmed.

Therefore, it is hereby **ORDERED** that plaintiff's objections are **OVERRULED**, and the Report and Recommendation of the magistrate judge (Dkt. 17) is **ADOPTED**.  The final decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 16th day of September, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 2